```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 06 B 02876
   DAVID W HELLER
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES
       Debtor
   SSN XXX-XX-2217
```

---
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/21/06 and confirmed on 05/19/06.

   2.  The case was dismissed after confirmation, 06/06/2008.

   3.  The Debtor paid a total of $  11388.73 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5828.19 | 674.67 | 2280.63 |
| B REAL LLC | UNSECURED | 5792.61 | 670.54 | 2266.73 |
| NATIONAL CREDIT SYSTEMS | UNSECURED | 2416.44 | 279.72 | 945.60 |
| MARSHALL FIELD | UNSECURED | 782.80 | 90.77 | 306.22 |
| CAPITAL ONE BANK | UNSECURED | 406.05 | 47.54 | 158.59 |
| DISCOVER BANK | UNSECURED | 1804.52 | 208.90 | 706.14 |

       Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 17030.61 | .00 | 17030.61 |
| PRINCIPAL PAID | .00 | .00 | 6663.91 | .00 | 6663.91 |
| INTEREST PAID | .00 | .00 | 1972.14 | .00 | 1972.14 |
| TOTAL PAID | .00 | .00 | 8636.05 | .00 | 8636.05 |

The Debtor's attorney, TIMOTHY K LIOU             , was allowed $   3000.00
and was paid $    690.80   direct and $    2309.20  through the plan.

The Trustee received $     443.48 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 09/09/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                            PAGE   2
    CASE NO. 06 B 02876 DAVID W HELLER
```